DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
222 W 7th Ave, #9, Rm 253
Anchorage, Alaska 99513–7567
Telephone: (907) 271–5071
Facsimile: (907) 271–1505
Email: dean.dunsmore@usdoj.gov

RACHEL K. ROBERTS
U.S. Department of Justice
Environment & Natural Resources Division
7600 Sand Point Way NE
Seattle, WA 98115
Telephone: (206) 526–6881
Facsimile: (206) 526–6665
Email: rachel.roberts@usdoj.gov

*Attorneys for United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NINILCHIK TRADITIONAL COUNCIL,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY CHRISTIANSON, Chairman of the Federal Subsistence Board et al; RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of Interior; SONNY PERDUE, in his official capacity as the Secretary of the U.S. Department of Agriculture; GREG SHEEHAN, in his official capacity as Acting Director of U.S. Fish and Wildlife Service.[1]<br><br>Defendants. | Case No. 3:15-cv-0205-JWS<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Chairman Christianson, Secretary Zinke, Secretary Perdue, and Acting Director Sheehan are substituted for the former Chairman Towarak, Secretary Jewell, Secretary Vilsack, and Director Ashe.

This Joint Stipulation of Dismissal (hereinafter, "Stipulation") is made between Plaintiff, Ninilchik Traditional Council ("NTC"), and Defendants Anthony Christianson, in his official capacity as Chair of the Federal Subsistence Board (the "Board"); Ryan Zinke, in his official capacity as the Secretary of the U.S. Department of the Interior ("DOI"); Sonny Perdue, in his official capacity as the Secretary of the U.S. Department of Agriculture ("USDA"); and Greg Sheehan, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service ("FWS") (Plaintiff and Defendants together are hereinafter referred to as "the Parties").

WHEREAS, on July 18, 2016, NTC filed its operative complaint in this case, an amended complaint for declaratory and injunctive relief related to a subsistence gillnet fishery on the Kenai River against the Chairman of the Board, the Secretary of the Interior, the Secretary of Agriculture, and the Director of the Fish and Wildlife Service, ECF No. 61;

WHEREAS, FWS, Bureau of Indian Affairs ("BIA"), and NTC representatives undertook administrative negotiations while this case was pending, and agreed on certain administrative actions that FWS, NTC, and the Board would take to address NTC's concerns related to a subsistence gillnet fishery on the Kenai River;

WHEREAS, the Parties believe it is in the interests of judicial economy to avoid further litigation in this matter;

WHEREAS, the Parties have engaged in extensive, good faith, and confidential settlement negotiations concerning Plaintiffs' claims, including Plaintiffs' claims for attorneys' fees, costs, and expenses;

WHEREAS, the Parties have reached agreement as to an appropriate settlement of this action and agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve Plaintiffs' claims;

WHEREAS, the Parties enter into the Stipulation below without any admission of fact or law, or waiver of any claims or defenses, factual or legal;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate to the following:

1. The Parties jointly agree to dismiss NTC's claims in *Ninilchik Traditional Council v. Zinke*, case no. 15-cv-205-JWS (D. Alaska), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, except for NTC's claims related to the May 3, 2002 delegation of authority from the Board to the in-season manager to issue emergency closure orders, which are dismissed without prejudice. This dismissal is without prejudice to NTC's ability to challenge any and all future actions of the Board, DOI, USDA, and FWS in a separate civil action. Federal Defendants reserve any and all defenses to any such separate civil actions.

2. Defendants agree to pay Plaintiff $136,532.00 in full compensation of Plaintiff's claims for costs, expenses, and attorneys' fees in this case pursuant to 16 U.S.C. § 3117(a) or other applicable law up through the date of entry of this Stipulation. Defendants agree to submit payment information to the Judgment Fund within fourteen (14) days from the date that Plaintiffs provide the following information necessary to complete the electronic transfer: name and address of the payee, bank name, address, phone number, account type, routing number, account number, tax ID number, and name and number of contact person. Counsel for NTC will promptly provide the information necessary for Federal Defendant to process the electronic transfer after entry of the stipulation. NTC's attorney agrees to send confirmation of the receipt of the payment to counsel for Defendant within fourteen (14) days of such payment.

3. Plaintiff reserves the right to seek additional fees and costs related to any proceeding in this action subsequent to the Court's approval of this stipulation. Defendants reserve all defenses to such claims and/or motions for additional fees and costs.

4. Plaintiff and Plaintiff's counsel agree to hold the United States harmless in any dispute between Plaintiff and Plaintiff's counsel arising from this Stipulation, including the authorized transfer of the agreed-upon settlement amount.

5. The Parties agree that this Stipulation is a compromise to avoid further litigation. This Stipulation does not represent an admission by any Party to any fact, claim, or defense relating to any issue in this litigation. The Stipulation has no precedential value and shall not be used as evidence of such a precedent in any litigation. The Stipulation does not prohibit NTC from seeking publication of the Court's orders in this litigation.

6. This Stipulation shall apply to and be binding upon the Parties, their members, delegates and assigns. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind the Parties to it.

7. No provision of this Stipulation shall be interpreted a commitment or a requirement that Defendants obligate or pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or take actions in contravention of the Administrative Procedure Act, 5 U.S.C. §§ 551-559, 701-706, the Alaska National Interest Lands Conservation Act's subsistence provisions, 16 U.S.C. §§ 3111–26, or any other law or regulation, either substantive or procedural.

8. Under 31 U.S.C. §§ 3711, 3716; 26 U.S.C. § 6042(d); 31 C.F.R. §§ 285.5, 901.3; and other authorities, the United States may offset against this attorney fee award Plaintiff's delinquent debts to the United States, if any. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

9. The Effective Date of this Stipulation shall be the date of entry of this Stipulation with the Court.

**WHEREFORE**, after reviewing the terms and conditions of this Stipulation, the Parties hereby consent and agree to the terms and conditions of this Stipulation.

**FOR THE PLAINTIFFS:**

Dated: November 6, 2017    */s/ John M. Starkey* (signed with permission dated Nov. 6, 2017)
JOHN M. STARKEY
Alaska Bar No. 8611141
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, AK 99501
Telephone: (907) 276-5152
Facsimile: (907) 276-8433
Email: jskys@lbblawyers.com

ANNA. C. CRARY
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone: (907) 276-5152
Facsimile: (907) 276-8433
Email: annac@lbblawyers.com

**FOR THE DEFENDANTS:**

Dated: November 6, 2017     */s/ Rachel K. Roberts*
                                      RACHEL K. ROBERTS
                                      c/o DOJ/DARC
                                      7600 Sand Point Way NE
                                      Seattle, WA 98115
                                      Telephone: (206) 526–6881
                                      Facsimile: (206) 526–6665
                                      Email: rachel.roberts@usdoj.gov


**APPROVED** this ____ day of _____, 2017


_____
Hon. John W. Sedwick
Senior District Judge
District of Alaska